# IN THE SUPREME COURT OF THE STATE OF NEVADA

HIGHLAND PARTNERS NV LLC; MI-CW HOLDINGS NV FUND 2 LLC; AND MI-CW HOLDINGS LLC,
    Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE ELIZABETH GOFF GONZALEZ, DISTRICT JUDGE,
    Respondents,

and

DOTAN Y. MELECH, RECEIVER FOR CWNEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY,
    Real Party in Interest.

No. 83393

FILED

OCT 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). Any relief in relation to the posted bond may be sought in district court, if deemed warranted.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-31392

cc: Chief Judge, Eighth Judicial District Court
Hon. Mark R. Denton, District Judge
Jolley Urga Woodbury Holthus
Holley Driggs/Las Vegas
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk